UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D MENDOZA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 25-cv-09992-LJC<br><br>**ORDER TO FILE ATTESTATION REGARDING SIGNATURE**<br><br>Re: Dkt. No. 10 |

Pro se Plaintiffs Mark Mendoza and Concepcion Bantug filed an opposition brief (ECF No. 10) on December 15, 2025 that bears both Plaintiffs' signatures. Both Plaintiffs are proceeding pro se and there is no indication that either is an attorney qualified to represent the other, so each Plaintiff's signature is necessary for any joint filing. This document was filed using Mendoza's ECF account.

Civil Local Rule 5-1(i)(3) sets procedures for electronically filing documents that include another person's signature:

> In the case of a Signatory who is not an ECF user, or who is an ECF user but whose user ID and password are not utilized in the electronic filing of the document (as in the case of documents requiring multiple signatures), the filer of the document shall attest that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document. The filer's attestation may be incorporated into the document itself, or take the form of a declaration attached to the document. The filer shall maintain records to support this concurrence for subsequent production for the Court, if so ordered, or for inspection upon request by a party, until one year after the final resolution of the action (including appeal, if any). The filer may attach a scanned image of the signature page of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Civ. L.R. 5-1(i)(3)

Mendoza is therefore directed to file a declaration no later than December 23, 2025 attesting that Bantug concurred in the filing of the opposition brief (presuming that Bantug in fact concurred).  In the alternative, Bantug may file a declaration by the same deadline stating Bantug's concurrence.

In the future, Plaintiffs are encouraged to include an attestation within any document that contains multiple signatures.  Such attestations often take the form of a footnote that says something like: "As the person whose ECF account is being used to file this document, I attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatures concur in its filing and consent to the use of their electronic signatures."

If Plaintiffs continue to proceed without an attorney, they are encouraged to contact the Court's Legal Help Center for assistance. Attorneys at the Legal Help Center cannot represent parties in litigation but can provide basic assistance to parties representing themselves. Plaintiffs may request an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.  Additional resources for parties representing themselves are available at https://cand.uscourts.gov/representing-yourself.

**IT IS SO ORDERED.**

Dated: December 16, 2025

LISA J. CISNEROS
United States Magistrate Judge